## THE PEOPLE *v.* SMITH.

IN THE ABSENCE OF A BILL OF EXCEPTIONS, THE SUPREME COURT will not review the action of the trial court on a motion for new trial.

APPEAL from the third district court. The transcript on appeal contained several affidavits, which the defendant's counsel in their brief claimed disclosed new evidence material on a retrial; but the affidavits were not embodied in any bill of exceptions, or otherwise identified as having been used on the motion for a new trial, and no bill of exceptions was taken.

*Kenner & Darke,* for the appellant.

*W. H. Dickson, U. S. district attorney,* for the respondent.

EMERSON, J.:

The defendant was convicted of the crime of robbery. A motion for a new trial was made, which was denied. This appeal is from the order denying a new trial.

No bill of exceptions, as provided by section 313 of the criminal code, was ever prepared or settled. In the absence of a bill of exceptions, this court will not review the action of the trial court on a motion for a new trial. A recital in the order that exception was taken will not suffice, but the bill must be taken. There being no error complained of in the judgment-roll, and none appearing, the judgment is affirmed.

HUNTER, C. J., and TWISS, J., concurred.